1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALLEN H. EDELIST, individuals as,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; QUALITY LOAN SERVICE CORP.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-09008 R (ASx)<br>Hon. Manuel L. Real<br>Ctrm. 8 – Spring St.<br><br>**JUDGMENT**<br><br>Action Filed: November 19, 2015<br>Trial Date:     None Set |

20
21
22
23
24
25
26
27
28

70000.2526/7140125.2

JUDGMENT

On February 24, 2016, Plaintiff Allen H. Edelist ("Plaintiff") claims were dismissed as against Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-5 (erroneously sued as Deutsche Bank National Trust Company) ("Deutsche").

Because Deutsche's Motion to Dismiss was granted and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment in entered in favor of Deutsche and against Plaintiff;
2. This case is dismissed as against Deutsche; and
3. Plaintiff is to recover nothing from Deutsche.

**IT IS SO ORDERED:**

DATED: April 11, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE