1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALLEN H. EDELIST, individuals as,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; QUALITY LOAN SERVICE CORP.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-09008 R (ASx)<br>Hon. Manuel L. Real<br>Ctrm. 8 – Spring St.<br><br>**JUDGMENT**<br><br>Action Filed:  November 19, 2015<br>Trial Date:      None Set |

70000.2526/7140114.1

JUDGMENT

1    On February 24, 2016, Plaintiff Allen H. Edelist ("Plaintiff") claims were dismissed as against Defendant Mortgage Electronic Registration Systems, Inc. ("MERS").

   Because MERS' Motion to Dismiss was granted and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment in entered in favor of MERS and against Plaintiff;
2. This case is dismissed as against MERS; and
3. Plaintiff is to recover nothing from MERS.

**IT IS SO ORDERED:**

DATED:  April 11, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE