# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALLEN H. EDELIST, individual as,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; QUALITY LOAN SERVICE CORP.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-09008 R (ASx)<br>Hon. Manuel L. Real<br>Ctrm. 8 - Spring St.<br><br>**JUDGMENT**<br><br>Action Filed: November 19, 2015<br>Trial Date:    None Set |

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

On February 24, 2016, Plaintiff Allen H. Edelist ("Plaintiff") claims were dismissed as against Defendant Quality Loan Service Corporation ("Quality").

Because Quality joined in on the Motion to Dismiss and the Motion to Dismiss was granted and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment is entered in favor of Quality and against Plaintiff;
2. This case is dismissed as against Quality; and
3. Plaintiff shall recover nothing against Quality.

**IT IS SO ORDERED:**

Dated: May 24, 2016

_____
Hon. Manual L. Real
United States District Judge