GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALLEN H. EDELIST, individuals as, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; QUALITY LOAN SERVICE CORP.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive, <br><br> Defendants. | Case No. 2:15-cv-09008 R (ASx) <br> Hon. Manuel L. Real <br> Ctrm. 8 – Spring St. <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed: November 19, 2015 <br> Trial Date: September 6, 2016 |

70000.2526/8091686.1

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

1    Pursuant to the stipulation of Defendant BANK OF AMERICA, N.A.
2 ("Defendant") and Plaintiff ALLEN H. EDELIST ("Plaintiff"), and good cause
3 appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice,
4 and dismissal of this action shall serve as a final judgment on the merits in favor of
5 Defendant.  All parties are to bear their own expenses, costs, and attorney fees with
6 regard to this action.
7    **IT IS SO ORDERED.**
8
9 DATED:  July 20, 2016
10
          By: _____
11             HONORABLE MANUEL L. REAL